UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA TRUST,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT CONRAD WONG, et al.,<br><br>    Defendants. | Case No.  15-cv-01675-VC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 5 |

The court has reviewed Magistrate Judge Laporte's Report and Recommendation Re: remanding the case to state court.  The court also notes that no party has filed an objection to the report.  The court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.  Accordingly, this case is remanded to the Marin County Superior Court.

**IT IS SO ORDERED.**

Dated: May 7, 2015

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA TRUST,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT CONRAD WONG, et al.,<br><br>    Defendants. | Case No.  15-cv-01675-VC<br><br>**CERTIFICATE OF SERVICE** |

   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

   That on 5/7/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Conrad Wong
P.O. Box 456
Fulton, CA 95439

Dated: 5/7/2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA

2